UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    **FILED**

UMANA NANCY
RESPONDENT

2003 DEC 19  A 7:43

WARDEN JOSE VASQUEZ
IMMIGRATION AND NATURALIZATION SERVICES

CASE NO. 3:02CV784(CFD)
U.S. DISTRICT COURT
HARTFORD, CT,

### SUPPLEMENTAL INFORMATION ON RESPONDENTS CHANGED CIRCUMSTANCE

To:  Honorable Judge Christopher F. Droney - United States District Judge

COMES NOW RESPONDENT NANCY UMANA, in a pro-se and moves this
Honorable court to take note of her changed circumstance in reaching
the final decision on her case.

Respondent Umana has a pending case in this court and has
apporximately twenty months to finish her sentence.
Upon review of respondents programs and institutional adjustments,
coupled with the community involvements and responsibilities and
family ties, the Bureau of Prison determined that respondent is not
a flight risk, a National Security and not a threat to the community
of the United States as such, they transferred respondent to a lower
security institution (CAMP) to prepare her for the society.
Although the decision to reopen this case and allow a review for a
discretionary waiver of eligibility for a 212(a) relief has not
been reached; the Bureau of Prison believe respondent is not a flight
risk, not a threat to the National Security nor the community of
the United States and has demonstrated great responsibility coupled
with her family ties and institutional adjustments.  They permitted
respondent to travel on a eight hour furlough to FCC COLEMAN without
any escort.  (SEE exhibit I and II) Petitioner is currently at Coleman
and respectfully petition this Honorable Court to consider the current
even in reaching a final decision in the case as respondent definitely

will appear for all scheduled hearings before an Immigration Judge. Respondent is attching her classification form and program review/ progress report to reflect this adjustents.  Although the opposing counsel has responded, these events did not occur until November, 2003, about one year after the responses were filed.

Based on the above positive changed circumstance, respondent respectfully ask the Court to consider her request under the 'totality of the circumstance' standard and grant her request.

Respectfully Submitted,

Nancy Umana
Reg. No.  35669-004
Federal Correctional Complex Camp
P. O. Box 1032  Unit F-2
Coleman, Florida  33521-1032

Case 3:02-cv-00784-CFD   Document 9   Filed 12/19/2003   Page 3 of 7

```
                          35669-004              REG
REGNO: 35669-004                      FUNCTION: DIS  DOB/AGE.: 05-04-1944 / 59
NAME.: UMANA, NANCY                                  R/S/ETH.: W/F/H
RSP..: COM-COLEMAN MED FCI                           MILEAGE.: 196 MILES
PHONE: 352-689-5000          FTS: 700-330-3200
```

INMATE PROFILE  12-12-2003  11:38:22

| FACL | CATEGORY | - - - - | CURRENT ASSIGNMENT - - - - - - | EFF DATE | TIME |
|------|----------|---------|-------------------------------|----------|------|
| COM | ADM-REL | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-24-2003 | 1018 |
| COM | CARE LEVEL | CARE2 | STABLE, CHRONIC CARE | 11-24-2003 | 1205 |
| COM | COR COUNSL | F 2 | JEFF SMITH, EXT 5839 | 11-24-2003 | 1018 |
| COM | CASE MGT | COMPUTR OK | USE OF INMATE ACCESS PC O.K. | 11-30-1998 | 0926 |
| COM | CASE MGT | IHP CMP WD | IMMIG HRNG COMPL-WILL DEPORT | 09-11-1997 | 1358 |
| COM | CASE MGT | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 07-31-2005 | 1640 |
| COM | CASE MGT | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 04-18-2000 | 1321 |
| COM | CASE MGT | V94 CDB913 | V94 CURR DRG TRAF BEFORE 91394 | 02-10-1996 | 1237 |
| COM | CMC | SEPARATION | SEPARATION | 12-31-1992 | 0958 |
| COM | CORR SVCS | RAN D-TEST | RANDOM DRG TST | 11-10-2003 | 1001 |
| COM | CASEWORKER | F 2 | CATHY BENDER, EXT 5166 | 11-24-2003 | 1018 |
| COM | CUSTODY | OUT | OUT CUSTODY | 11-21-2003 | 1303 |
| COM | DRUG PGMS | DRG E COMP | DRUG EDUCATION COMPLETED | 06-17-1994 | 1329 |
| COM | DRUG PGMS | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 04-06-1994 | 1415 |

```
G0002         MORE PAGES TO FOLLOW . . .
```

Inmate Copy

P-S291.052 FURLOUGH APPLICATION  — APPROVAL AND RECORD CDFRM  SEP 99

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate's Name<br><br>UMANA, Nancy | Register No.<br><br>35669-004 | Institution:  **Federal Correctional Institution**<br>**501 CAPITAL CIRCLE, N.E.**<br>**TALLAHASSEE FL 32301** |
|---|---|---|

## APPLICATION

| | |
|---|---|
| Purpose of Visit:  **UNESCORTED TRANSFER TO CCC** | Person and/or Place to be Visited:<br>**Satellite Camp** |
| Date and Time of Departure:  **11-24-03 at 2:30 a.m.** | Address:  **846 NE 54th Terrace**<br>**P.O. Box 1029**<br>**Coleman, Florida 33521** |
| Date and Time of Return:  **WILL NOT RETURN** | Telephone No.: **352-689-3003** |

| Point of Contact for Emergency:<br>**FCI Tallahassee, Florida** | Method of Transportation:<br>**Greyhound bus** | Detainer/Pending Charges<br>**Yes - INS** | Verified by ISM Staff<br>11-14-03 |
|---|---|---|---|

NOTE TO APPLICANT: You are reminded that should any unusual circumstances arise during the period of your visit, you should notify the institution immediately at telephone: **850-878-2173**

## UNDERSTANDING

I understand that if approved, I am authorized to be only in the area of the destination shown above and at ordinary stopovers or points on a direct route to or from that destination.  I understand that my furlough only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States.  If I fail to remain within the extended limits of this confinement, it shall be deemed as escape from the custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code.  I understand that I may be thoroughly searched upon my return to the institution and that I will be held responsible for any item of contraband or illicit material that is found.  I have read or had read to me, and I understand that the foregoing conditions govern my furlough and will abide by them.  I have read or had read to me, and I understand the CONDITIONS OF FURLOUGH as set forth on the reverse of this form.

| _____ Witness | _____ Signature of Applicant |
|---|---|
| Title: Tammy Williams, Case Manager, F Unit | Date Signed |

## ADMINISTRATIVE ACTION

| Information Verified by:  Tammy Williams | Title: Case Manager, F Unit |
|---|---|
| Name Of USPO Notified | Date of Notification: |
| Does USPO Have Any Objections to Furlough? (If so, explain) | |

## APPROVAL

| Approval for the above named Inmate to leave the Institution on a furlough as outlined is hereby granted in accordance with P.L. 93-209 and the BOP Furlough Program Statement.  The period of furlough is from   **11-24-03 at 2:30 a.m.** to   **11-24-03 at 9:40 a.m.** | As CMC, I have reviewed the Request for Activity Clearance (404) and the SENTRY CIM Clearance and Separatee Data and I recommend the inmate be/approved to participate in this furlough.<br>☑ Yes ☐ No Signature of CMC |
|---|---|

Chief Executive Officer (Name, Title & Date) - Signature certifies approval and CIMS Clearance

Jose M. Vazquez, Warden                                    Date:_____

## RECORD

| Date/Time Released: **11-24-03 at 2:30 a.m.** | Date/Time Returned:____ **N/A** |
|---|---|

Travel Schedule:  **Depart FCI via Taxi on 11-24-03 at 2:30 a.m.   Depart Greyhound on 11-24-03 at 4:40 a.m.  Arrive Leesburg, FL at 9:40 a.m.  The Camp Driver will pick her up from the bus station.**

(This form may be replicated via WP)                              Replaces BP-291 of DEC 1997



**Inmate's Photo**
**Conditions of Furlough**

1. I will not violate the laws of any jurisdiction (federal, state, or local). I understand that I am subject to prosecution for escape if I fail to return to the institution at the designated time.

2. I will not leave the area of my furlough without permission, with exception of traveling to the furlough destination, and returning to the institution.

3. While on furlough status, I understand that I remain in the custody of the U.S. Attorney General. I agree to conduct myself in a manner not to bring discredit to myself or to the Bureau of Prisons. I understand that I am subject to arrest and/or institution disciplinary action for violating any condition(s) of my furlough.

4. I will not purchase, possess, use, consume, or administer any narcotic drugs, marijuana, intoxicants in any form, nor will I frequent any place where such articles are unlawfully sold, dispensed, used, or given away.

5. I will not use any medication that is not prescribed and given to me by the institution medical department for use or prescribed by a licensed physician while I am on furlough. I will not have any medical/dental/surgical/psychiatric treatment without the written permission of staff, except where an emergency arises and necessitates such treatment. I will notify institution staff of any prescribed medication or treatment received in the community upon my return to the institution.

6. I will not have in my possession any firearm or dangerous weapon.

7. I will not get married, sign any legal papers, contracts, loan applications, or conduct any business without the written permission of staff.

8. I will not associate with persons having a criminal record or with those persons who I know are engaged in illegal occupations.

9. I agree to contact the institution (or United States Probation Officer) in the event of arrest, or any other serious difficulty or illness.

10. I will not drive a motor vehicle without the written permission of staff. I understand that I must have a valid driver's license and sufficient insurance to meet any applicable financial responsibility laws.

11. I will not return from furlough with any article I did not take out with me (for example, clothing, jewelry, or books). I understand that I may be thoroughly searched and given a urinalysis and/or breathalyzer and/or other comparable tests upon my return to the institution. I understand that I will be held accountable for the results of the search and test(s).

12. It has been determined that consumption of poppy seeds may cause a positive drug test which may result in disciplinary action. As a condition of my participation in community programs, I will not consume any poppy seeds or items containing poppy seeds.

13. Special Instructions:

I have read, or had read to me, and I understand the above conditions concerning my furlough and agree to abide by them.

Inmate's Signature: _Nancy Zimmann_ Reg. No.: _35669-014_ Date: _11-19-03_

Signature/Printed Name of Staff Witness: _Michele Jenkins_ _Michele Jenkins_

NBTA 0043 **GREYHOUND LINES, INC.**

R E C E I P T   &   I T I N E R A R Y    ** NOT GOOD FOR TRAVEL **

FROM: TALLAHASSEE    FL   DEPART:  Mon 24Nov03           CONF#: 5303054001
  TO: LAKELAND       FL   UMANA NANCY                    ONE WAY/ADULT

| *** CITY *** | ARRIVAL | LAYOVER | DEPARTURE | SCHEDULE |
|---|---|---|---|---|
| TALLAHASSEE   FL | | | 04:40a 24Nov03 | GLI  1254 |
| RS OCALA PIL  FL | 07:55a 24Nov03 | 0:30 | 08:25a 24Nov03 | GLI  1254 |
| ORLANDO       FL | 10:30a 24Nov03 | 1:31 | 12:01p 24Nov03 | GLI  1023 |
| LAKELAND      FL | 02:00p 24Nov03 | | | GLI  1023 |

FARE PAID:    $37.00    CASH
TAX      :       XX     CA/CA
INSURANCE:     $0.00    DOC #:                    08037 TALLAHASSEE  FL
EXCESS BAG:    $0.00                              24Nov03 02:53a 3981
EXCESS VAL:    $0.00                              TALT002

              001 00 29   48854273 2    ** VOID IF DETACHED **

## CERTIFICATE OF SERVICE/MAILING

This is to certify that I, Nancy Umana, Mailed a copy of a change
of address notice and supplemental information on changed circumstance
to the clerk of the court, certified with a return receipt request;
on this day _____15_____ of December, 2003, and address as follows
for prompt delivery.

THE CLERK OF THE COURT
450 MAIN STREET
HARTFORD, CONNECTICUT   06103

Date _12.15.03_

Signature