UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NANCY UMANA

v.  : CASE NO. 3:02CV784 (CFD)

SCHELIA CLARK, Warden
IMMIGRATION & NATURALIZATION
SERVICE

## JUDGMENT

This action was commenced by the petitioner's petition for a writ of habeas corpus asking the Court to declare her eligible for relief from deportation pursuant to §212(c) and was assigned to the Honorable Christopher F. Droney, United States District Judge and,

The Court has considered the full record of the case including all applicable principles of law, and has filed its Ruling denying the petition.

It is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the petition for a writ of habeas corpus.

Dated at Hartford, Connecticut, this 30th day of April, 2004.

KEVIN F. ROWE, Clerk

By  Devorah Johnson
Deputy Clerk

EOD _____