UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
BRIDGEPORT, CONNECTICUT

NANCY UMANA
REG. NO.: 35669-004
PETITIONER/APPELLANT

FILED
2004 JUN -7 P 4:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN

VS.   CASE NO.: 3:02 CV 784 (CED)

CARLYLE HOLDER, WARDEN
AND
IMMIGRATION AND NATURALIZATION SERVICE
RESPONDENTS

## NOTICE OF APPEAL

Comes now before you, Petitioner, Nancy Umana, in a Pro Se filing of a Notice of Appeal in the matter of the denial of her request to re-open her Immigration proceedings. Such proceedings commenced prior to the encatment of AEDPA, on April 24th, 1996. Petitioner was served an Order to Show Cause, prior to serving five years on her sentence.

Petitioner, Nancy Umana received this Order of denial on May 21st, 2004.

This Notice of Appeal is filed within the 10 day time limit for such Notice of Appeal. Therefore, this notice is deemed timely.

Respectfully Submitted,

Nancy Umana, Pro Se
Reg. No. 35669-004  F-2
Federal Correction Complex Camp
P.O. Box 1027
Coleman, Fl. 33521-1027

Dated this 28th day of May, 2004