**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

TEL. NO. 240-3200
(AREA CODE 860)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

July 13, 2004

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY   10007

    Case No:  3:02cv784 (CFD)
    Case Name:  Nancy Umana v. Schelia Clark, et al.,
      USCA:  04-3402-pr

Dear Ms. MacKechnie:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a certified copy of the docket sheet and the Clerk's Certificate.

Respectfully,

Kevin F. Rowe, Clerk

By: Martha Gothers
Deputy Clerk

Encl.
cc: counsel of record

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND
VOLUMES OF ORIGINAL RECORD.

DATE: 1 Vol 7/14/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.