02-cv-784
Droney, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

2005 JAN 12 P 2: 04

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the *19th* day of *Nov.* two thousand four,

Present:

  Hon. James L. Oakes,
  Hon. Guido Calabresi,
  Hon. Chester J. Straub,
    *Circuit Judges*.

[SEAL: UNITED STATES COURT OF APPEALS FILED NOV 19 2004 SECOND CIRCUIT]

---

Nancy Umana,

      Petitioner-Appellant,

  v.               04-3402-pr

Schelia Clark,

      Respondent-Appellee.

---

Appellant, *pro se*, moves for *in forma pauperis* status and a stay of deportation in her appeal from the district court's dismissal of her 28 U.S.C. § 2241 petition. Upon due consideration, it is ORDERED that the motions are granted, because the appellant meets the requirements of 28 U.S.C. § 1915(a). This Court shall appoint counsel to brief the relevant issues in an *amicus* capacity. In addition to any other potentially meritorious issue, the parties and *amicus* counsel are instructed to submit briefs on whether appellant's due process rights were violated by the delay between the filing of the order to show cause and the final adjudication of her removability by the Immigration Judge. See United States v. Copeland, 376 F.3d 61 (2d Cir. 2004); see also De Cardenas v. Reno, 278 F.Supp.2d 284 (D. Conn. 2003).

           FOR THE COURT:
           Roseann B. MacKechnie, Clerk

           By: /s/ Richard Alcantara
             Richard Alcantara, Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
/s/ Marlane Phillips

SAO-KF

Certified: NOV 19 2004