**MANDATE**

DTC (New Haven)
02-CV-784
Droney, D.J

### UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

NANCY UMANA                                    :

      v.                                          :                    Docket No. 04-3402-pr

CLARK, et al.                                  :


### VOLUNTARY DISMISSAL AGREEMENT

The parties now seek dismissal of this appeal. Pursuant to Fed. R. App. P. 42(b), the

Petitioner-Appellant and the Government Respondents-Appellees, through their undersigned

counsel, hereby stipulate and agree to dismissal of this appeal with prejudice, with each side to

bear its own costs, and further stipulate and agree that the stay of removal and/or deportation

previously entered is hereby vacated.


_9/15/2005_
DATE

LISA E. PERKINS
ASSISTANT U.S. ATTORNEY
450 Main Street, Room 328
Hartford, CT 06107
Tel. (860) 947-1101
COUNSEL FOR APPELLEES

_9/14/05_
DATE

MEGAN L. BRACKNEY
KOSTELANETZ & FINK, LLP
530 Fifth Avenue
22nd Floor
New York, NY 10036
Tel.: (212) 808-8100
ATTORNEY FOR PETITIONER

So Ordered OCT 7 2005

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

UNITED STATES COURT OF APPEALS
FILED
OCT 7 2005
Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

A TRUE COPY
D. MacKECHNIE, CLERK

A35 983 449

Certified:    OCT 7 2005